United States District Court
Southern District of New York

-----------------------------------X

D.E. SHAW & Co., L.P.

Plaintiff,

-against-

05 Civ. 8390 (DAB)

ORDER

OCULUS PARTNERS, L.L.C., et al.

Defendants.

-----------------------------------X

DEBORAH A. BATTS, United States District Judge.

On notice by the Parties that the matter has settled, the Clerk of the Court is hereby directed to close this case. SO ORDERED.

Dated: New York, New York
January 15, 2008

Deborah A. Batts
United States District Judge